United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-12893-jkf
Kim M. Smith                                                            Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: admin              Page 1 of 2              Date Rcvd: Aug 04, 2017
                               Form ID: 318             Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 06, 2017.
```
db             Kim M. Smith,    6803 Emblem Street, Apt. 3-F,    Philadelphia, PA   19119
13907041      +ALPHA RECOVERY CORP,    5660 GREENWOOD PLAZA BLVD,    SUITE 101N,
               GREENWOOD VILLAGE, CO 80111-2417
13951375      +Bolger Group LLC,    1110 Bethlehem Pike,    Flourtown, PA 19031-2001
13907046      +COMCAST,    PO BOX 3001,    Southeastern, PA 19398-3001
13907045       City of Philadelphia,    PO box 785912,    New York, NY 10178-5912
13907049       Country Door,    1112 7th Avenue,    Monroe, WI 53566-1364
13907051       Ginny's,    1112 7th Avenue,    Monroe, WI 53566-1364
13907055       PGW,    PO Box 11700,    Newark, NJ 07101-4700
13951390      +Progressive,    PO Box 7247-0311,    Philadelphia, PA 19170-0001
13907056      +Stoneberry,    PO Box 2820,    Monroe, WI 53566-8020
13951392      +True Accord,    303 2nd Street, Suite 750,    San Francisco, CA 94107-1366
13907057       Union Plus Credit Card,    PO Box 71104,    Charlotte, NC 28272-1104
13907058      +Verizon Wireless,    PO Box 49,    Lakeland, FL 33802-0049
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr            +EDI: QRHHOLBER.COM Aug 05 2017 01:28:00     ROBERT H. HOLBER,    Robert H. Holber PC,
               41 East Front Street,    Media, PA 19063-2911
smg            E-mail/Text: bankruptcy@phila.gov Aug 05 2017 01:28:12     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 05 2017 01:27:42
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 05 2017 01:27:56     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13907040      +EDI: ALLIANCEONE.COM Aug 05 2017 01:28:00     AllianceOne,    4850 Street Road, Suite 300,
               Feasterville Trevose, PA 19053-6643
13907042       EDI: BANKAMER.COM Aug 05 2017 01:28:00     Bank of America,    PO Box 31785,
               Tampa, FL 33631-3785
13907043      +EDI: CAPITALONE.COM Aug 05 2017 01:28:00     CAPITAL ONE,    PO BOX 5253,
               Carol Stream, IL 60197-5253
13907044       E-mail/Text: equiles@philapark.org Aug 05 2017 01:28:18     City of Philadelphia,
               Parking Violations Branch,    P.O. Box 41818,    Philadelphia, PA 19101-1818
13907047      +EDI: WFNNB.COM Aug 05 2017 01:28:00     Comenity Bank,    995 W 122nd Ave,
               Westminster, CO 80234-3417
13907048       EDI: WFNNB.COM Aug 05 2017 01:28:00     Comenity Capital Bank,    PO Box 183003,
               Columbus, OH 43218-3003
13907050      +EDI: NAVIENTFKASMDOE.COM Aug 05 2017 01:28:00     Department of Education,    Navient,
               PO Box 9635,    Wilkes Barre, PA 18773-9635
13907052      +EDI: PHINAMERI.COM Aug 05 2017 01:28:00     GM Financial,    PO BOX 181145,
               Arlington, TX 76096-1145
13951386      +E-mail/Text: collections@greentrustcash.com Aug 05 2017 01:28:17     Green Trust Cash,
               PO box 340,    Hays, MT 59527-0340
13907053       EDI: JEFFERSONCAP.COM Aug 05 2017 01:28:00     Jefferson Capital System,    PO Box 953185,
               Saint Louis, MO 63195
13907054      +E-mail/Text: Bankruptcies@nragroup.com Aug 05 2017 01:28:21     National Recovery Agency,
               2491 Paxton Street,    Harrisburg, PA 17111-1036
13907059       E-mail/Text: james.feighan@phila.gov Aug 05 2017 01:28:19     Water Revenue Bureau,
               Phyllis Chase, Collections Manager,    Municipal Services Building,    1401 JFK Blvd.,
               Philadelphia, PA 19102-1663
                                                                                              TOTAL: 16
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
13951373*     +ALPHA RECOVERY CORP,    5660 GREENWOOD PLAZA BLVD,    SUITE 101N,
               GREENWOOD VILLAGE, CO 80111-2417
13951372*     +AllianceOne,    4850 Street Road, Suite 300,    Feasterville Trevose, PA 19053-6643
13951374*      Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
13951638*     +Bolger Group, LLC,    1110 Bethlehem Pike,    Flourtown, PA 19031-2001
13951376*     +CAPITAL ONE,    PO BOX 5253,    Carol Stream, IL 60197-5253
13951379*     +COMCAST,    PO BOX 3001,    Southeastern, PA 19398-3001
13951377*      City of Philadelphia,    Parking Violations Branch,    P.O. Box 41818,
               Philadelphia, PA 19101-1818
13951378*      City of Philadelphia,    PO box 785912,    New York, NY 10178-5912
13951380*     +Comenity Bank,    995 W 122nd Ave,    Westminster, CO 80234-3417
13951381*      Comenity Capital Bank,    PO Box 183003,    Columbus, OH 43218-3003
13951382*      Country Door,    1112 7th Avenue,    Monroe, WI 53566-1364
13951383*     +Department of Education,    Navient,    PO Box 9635,    Wilkes Barre, PA 18773-9635
13951385*     +GM Financial,    PO BOX 181145,    Arlington, TX 76096-1145
13951384*      Ginny's,    1112 7th Avenue,    Monroe, WI 53566-1364
13951639*     +Green Trust Cash,    PO Box 340,    Hays, MT 59527-0340
13951387*    ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
              (address filed with court: Jefferson Capital System,    PO Box 953185,    Saint Louis, MO 63195)
13951388*     +National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
```

```
District/off: 0313-2          User: admin              Page 2 of 2                Date Rcvd: Aug 04, 2017
                              Form ID: 318             Total Noticed: 29

              ***** BYPASSED RECIPIENTS (continued) *****
13951389*         PGW,    PO Box 11700,    Newark, NJ 07101-4700
13951636*        +Progressive,    PO Box 7247-0311,    Philadelphia, PA 19170-0001
13951391*        +Stoneberry,    PO Box 2820,   Monroe, WI 53566-8020
13951637*        +True Accord,    303 2nd Street, Suite 750,    San Francisco, CA 94107-1366
13951393*         Union Plus Credit Card,    PO Box 71104,    Charlotte, NC 28272-1104
13951394*        +Verizon Wireless,    PO Box 49,    Lakeland, FL 33802-0049
13951395*         Water Revenue Bureau,    Phyllis Chase, Collections Manager,    Municipal Services Building,
                   1401 JFK Blvd.,    Philadelphia, PA 19102-1663
                                                                                               TOTALS: 0, * 24, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2017 at the address(es) listed below:
              MICHAEL D. SAYLES    on behalf of Debtor Kim M. Smith midusa1@comcast.net,
               michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
              ROBERT H. HOLBER    trustee@holber.com, rholber@ecf.epiqsystems.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Kim M. Smith** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–4572** <br> EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | | |
| Case number:  **17–12893–jkf** | | |

## Order of Discharge                                                                                       12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kim M. Smith

<u>8/3/17</u>                                                       **By the court:**   <u>Jean K. FitzSimon</u>
                                                                                                      United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                      **Order of Discharge**                                                page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**